IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARKER'S MODEL T, INC., *et al*,

       Plaintiffs,                              3:10-cv-00791-HDM-VPC

  vs.                                         ORDER

FEDERAL DEPOSIT INSURANCE
CORPORATION, *et al.*,

       Respondents.
_____/

      The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

      IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

      Dated this 21st day of December, 2010.

                                                             _____
                                                          UNITED STATES DISTRICT JUDGE